**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| JILLIAN DUCO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| | § | CIVIL ACTION NO. 4:20-cv-50 |
| THE LINCOLN LIFE ASSURANCE | § | |
| COMPANY OF BOSTON a LIBERTY | § | |
| MUTUAL COMPANY | § | |
| Defendant. | § | |

**LIST OF ENTITIES THAT ARE FINANCIALLY INTERESTED IN THE OUTCOME OF THIS LITIGATION**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Jillian Duco, Plaintiff in the above-entitled and numbered cause, and files this it's List of Legal Entities that are financially interested in the outcome of this litigation and would show unto this Honorable Court as follows:

Jillian Duco is the Plaintiff and financially interested in the outcome of this litigation.

Marc Whitehead is Plaintiff=s attorney and financially interested in the outcome of this litigation.

Respectfully submitted,

MARC WHITEHEAD & ASSOCIATES,
ATTORNEYS AT LAW, LLP

By: ____/s/ J. Anthony Vessel__
J. Anthony Vessel
Tex. Bar No. 24084019
Fed. I.D. No. 1692384
Marc S. Whitehead
Tex. Bar No. 00785238
Fed. I.D. No. 15465
Britney Anne Heath McDonald
Tex. Bar No. 24083158
Fed. I.D. No. 2621983

Madison Tate Donaldson
Tex. Bar No. 24105812
Fed. I.D. No. 3151467
403 Heights Boulevard
Houston, Texas 77007
Telephone: 713-228-8888
Facsimile: 855-842-8260
ATTORNEY-IN-CHARGE
FOR PLAINTIFF,
JILLIAN DUCO