AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

JILLIAN DUCO

*Plaintiff(s)*

v.

THE LIBERTY LIFE ASSURANCE COMPANY OF BOSTON A LIBERTY MUTUAL COMPANY

*Defendant(s)*

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The Liberty Life Assurance Company of Boston
c/o Corporation Service Company
211 East 7th Street
Suite 620
Austin, Texas 78701-3218

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: J. Anthony Vessel
Marc Whitehead & Associates
403 Heights Boulevard
Houston, Texas 77007
713-228-8888

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*David J. Bradley, Clerk of Court*

Date: January 9, 2020

*s/ H. Lerma*

*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* __________
was received by me on *(date)* __________ .

❒ I personally served the summons on the individual at *(place)* __________
__________ on *(date)* __________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* __________
__________ , a person of suitable age and discretion who resides there,
on *(date)* __________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* __________ , who is
designated by law to accept service of process on behalf of *(name of organization)* __________
__________ on *(date)* __________ ; or

❒ I returned the summons unexecuted because __________ ; or

❒ Other *(specify)*:

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: __________

__________
*Server's signature*

__________
*Printed name and title*

__________
*Server's address*

Additional information regarding attempted service, etc: