**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **JILLIAN DUCO,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **Case No. 4:20cv00050** |
| **THE LIBERTY LIFE ASSURANCE COMPANY OF BOSTON a LIBERTY MUTUAL COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**JOINT MOTION TO APPEAR AT SCHEDULING CONFERENCE VIA TELEPHONE**

Plaintiff Jillian Duco and Defendant Liberty Life Assurance Company of Boston[1] file this Joint Motion to Appear at Scheduling Conference Via Telephone, and state as follows:

1. The Initial Pretrial and Scheduling Conference is set in this matter for May 6, 2020 at 10:00 am before US Magistrate Judge Frances H. Stacey.

2. Defendant's counsel would like to appear at the Scheduling Conference via telephone. Plaintiff's counsel has no objection to Defendant's counsel appearing via telephone for the Scheduling Conference.

3. Further, due to COVID-19 concerns, as well as the Court's procedures requiring that Defendant's request "shall indicate the agreement of **all** parties to appear by telephone," Plaintiff's counsel agrees to appear via telephone as well.

WHEREFORE, the Parties request that their respective Counsel be allowed to appear at the May 6, 2020, Scheduling Conference via telephone.

---

[1] Liberty Life Assurance Company of Boston is now known as Lincoln Life Assurance Company of Boston, which is the correct name of the Defendant in this action.

Dated this 15th day of April 2020.

Respectfully submitted,

By: /s/ Iwana Rademaekers
Iwana Rademaekers, Attorney in Charge
State Bar of Texas No. 16452560
S.D. of Texas No. 22781
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEY FOR DEFENDANT

**- AND -**

By: /s/ J. Anthony Vessel (w/permission)
J. Anthony Vessel
State Bar of Texas No. 24084019
S.D. of Texas Bar No. 1692384
Email: anthony@mrcwhiteheac.com
Marc S. Whitehead, Attorney-in-Charge
State Bar of Texas No. 00785238
S.D. of Texas Bar No. 15465
Email: marc@marcwhitehead.com
Madison Tate Donaldson
State Bar of Texas No. 24083158
S.D. of Texas Bar No. 2621983
Email: madison@marcwhitehead.com
Britney Anne Heath McDonald
State Bar of Texas No. 24083158
S.D. of Texas Bar No. 2621983
Email: britney@marcwhitehead.com
Marc Whitehead & Associates
403 Heights Blvd
Houston, Texas 77007
PH: (713) 228-8888
FX: (713) 225-0940

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

J. Anthony Vessel
Email: anthony@marcwhitehead.com

Marc S. Whitehead
Email: marc@marcwhitehead.com

Britney Anne Heath McDonald
Email: britney@marcwhitehead.com

Madison Tate Donaldson
Email: madison@marcwhitehead.com

April 15, 2020 — Date

/s/ Iwana Rademaekers
Iwana Rademaekers