**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **JILLIAN DUCO,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **Case No. 4:20cv00050** |
| **THE LIBERTY LIFE ASSURANCE COMPANY OF BOSTON a LIBERTY MUTUAL COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER GRANTING JOINT MOTION TO APPEAR AT SCHEDULING CONFERENCE VIA TELEPHONE**

On this day, the Court considered the Joint Motion to Appear at Scheduling Conference Via Telephone filed by the Parties. Having considered the Motion, and the applicable law, the Court is of the opinion that the Motion should be **GRANTED**. It is, therefore,

**ORDERED** that the Joint Motion to Appear at Scheduling Conference Via Telephone is hereby **GRANTED**. It is, therefore, also

**ORDERED** that Counsel for all Parties shall appear via telephone for the Scheduling conference set for May 6, 2020, at 10:00 am.

**SIGNED** this ______ day of ___________________, 2020.

______________________________
UNITED STATES MAGISTRATE JUDGE