United States District Court
Southern District of Texas
Houston Division

| | | |
|---|---|---|
| Jillian Duco | § | |
| | § | |
| v. | § | Civil Action 4:20−cv−00050 |
| | § | |
| Lincoln Life Assurance Company of Boston a Liberty Mutual Company, et al. | § | |

# Notice of Referral

The following motion is referred to Magistrate Judge Frances H. Stacy:

Motion for Miscellaneous Relief − #10

Date: April 16, 2020.

David J. Bradley, Clerk

By: R. Hawkins, Deputy Clerk