**SCHEDULING ORDER**

**CASE NUMBER CA-H- __4:20-cv-00050____________**

**_Duco__ VS _Lincoln Life Assurance Company of Boston____**

1. Trial: Estimated time to try: __1____ days. X Bench ☐ Jury

2. New parties must be joined by: _________5/15/20__
   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by: ________8/28/20___

4. The defendant's experts must be named with a report furnished by: ________9/30/20___

5. Discovery must be completed by: _______10/30/20___
   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court. No continuance will be granted because of information acquired in post-deadline discovery.*

6. Dispositive Motions will be filed by: ________1/15/21___

7. Non-Dispositive Motions will be filed by: ________3/19/21__

********************** The Court will provide these dates. **********************

8. Joint pretrial order is due: ___________________
   *The plaintiff is responsible for filing the pretrial order on time.*

9. Final Pretrial Conference is set for **1:30 p.m.** on: ___________________

10. Trial is set for **9:00 a.m**. on: ___________________
    *The case will remain on standby until tried.*

____________________
FRANCES H. STACY
U.S. MAGISTRATE JUDGE