United States District Court
Southern District of Texas
**ENTERED**
December 22, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JILLIAN DUCO, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:20-CV-50 |
| | § | |
| LINCOLN LIFE ASSURANCE COMPANY OF BOSTON A LIBERTY MUTUAL COMPANY, *et al*, | § | |
| | § | |
| | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

In accordance with the Joint Stipulation of Dismissal with Prejudice filed on December 21, 2020 (Doc. No. 13), this case is **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a).

SIGNED at Houston, Texas, this 22nd day of December 2020.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE